UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No. CR 09-398-MO |
| v. | INDICTMENT |
| ROBERT LAWRENCE KUCH, | [18 U.S.C. § 2113(a)] |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about September 30, 2009, in Beaverton, Washington County, in the District of Oregon, ROBERT LAWRENCE KUCH, defendant herein, by force, violence and intimidation, did unlawfully and knowingly take from the presence of employees of J.P. Morgan Chase Bank, 11475 SW Beaverton-Hillsdale Highway, Beaverton, Oregon, approximately $8,270.00 in U.S. currency which was then and there in the care, custody, control, management, and possession of said bank, whose deposits were then and there insured by the Federal Deposit Insurance Corporation; all in violation of Title 18, United States Code, Section 2113(a).

Dated this _____ day of October 2009.

A TRUE BILL.

_____
OFFIC

Presented by:

KENT S. ROBINSON
Acting United States Attorney
District of Oregon

_____
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney