# UNITED STATES DISTRICT COURT

### District of Oregon

**United States of America,**

vs.                                                                                          **Case No:**     3:09-CR-398-MO

**Robert Lawrence Kuch,**

                          Defendant(s).

## Criminal Case Assignment Order

**(a)     Presiding Judge:** The above referenced case has been filed in the US District Court for the District of Oregon and is assigned for all further proceedings to:

> **Presiding Judge** .......................... Hon. Michael Mosman
>
> **Presiding Judge's Suffix Code*** ............................ MO
>
> * These letters must follow the case number on all future filings.

**(b)     Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to Dawn Stephens at (503) 326-8024 or dawn_stephens@ord.uscourts.gov.

**(c)     Criminal Docket Clerk:** Questions about CM/ECF filing requirements or docket entries should be directed to Patricia Scheneman at (503) 326-8030 or patricia_scheneman@ord.uscourts.gov.

**(d)     Place of Filing:** Pursuant to LR 3.4(b) all conventionally filed documents must be submitted to the Clerk of Court, Room 740, Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204. (See also LR 100.4)

**(e)     District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, and other related court information can be accessed on the court's website at www.ord.uscourts.gov.

**Dated:**  October 8, 2009

                                                      /s/
                           **By:**     P. Scheneman, Deputy Clerk

                           **For:**     Mary Moran,  Clerk of Court