AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED '09 OCT 19 15:12 USDC-ORP

for the

District of Oregon

United States of America                    )
                    v.                       )
                                             )       Case No.    3:09-cr-398-01-MO
ROBERT LAWRENCE KUCH                         )
_____            )
            *Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*       ROBERT LAWRENCE KUCH                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

*(stamp: RECEIVED 09 OCT 8 AM 9:34 PORTLAND OREGON / UNITED STATES MARSHAL)*

This offense is briefly described as follows:

Bank Robbery; in violation of 18:2113(a)

*(handwritten: DATE ARRESTED 10/16/09 BY Seattle PD at Seattle U.S. MARSHAL ... Amtrak)*

Date:    10/08/2009                                         *P. Schene[signature]*
                                                            _____
                                                                  *Issuing officer's signature*

City and state:    Portland, Oregon                         P. Scheneman, Deputy Clerk
                                                                  *Printed name and title*

_____

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                       _____
                                                                  *Arresting officer's signature*


                                                            _____
                                                                  *Printed name and title*