UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
(253) 882-3800

RECVD '09 OCT 29 11:15 USDC-ORP

Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Avenue
Portland, OR 97204-2902

October 26, 2009

Re: Robert Lawrence Kuch
Your No: CR95-174-01-HA and 3:09-CR-398-01-MO
Our No: MJ09-5261

Dear Clerk:

Pursuant to the order transferring the above-captioned case to your court, dated October 19, 2009, please download the documents maintained electronically by the US District Court through PACER for the Western District of Washington at https://ecf.wawd.uscourts.gov/.

The defendant executed a Waiver of Rule 5 Hearing and the court signed an Order of Transfer. The defendant was ordered detained and remanded pending transfer back to your district for further proceedings.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive

s/ Kelly A Miller
by Kelly A. Miller, Deputy Clerk

cc: Enclosure
    Docket Sheet
    Financial Affidavit - Filed Under Seal

CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
## CRIMINAL DOCKET FOR CASE #: 3:09-mj-05261-KLS All Defendants
## Internal Use Only

Case title: USA v. Kuch
Other court case number: CR09-398 & CR95-174 District of Oregon

Date Filed: 10/19/2009
Date Terminated: 10/19/2009

Assigned to: Judge Karen L Strombom

### Defendant (1)

**Robert Lawrence Kuch**
*TERMINATED: 10/19/2009*

represented by **Miriam Schwartz**
FEDERAL PUBLIC DEFENDER'S OFFICE (TAC)
1331 BROADWAY
STE 400
TACOMA , WA 98402
253-593-6710
Fax: FAX 1-253-593-6714
Email: miriam_schwartz@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**

**Disposition**

ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By Kelly A. Miller, Deputy Clerk

Supervised Release Petition & Warrant
under CR95-174 & Indictment &
Warrant under CR09-398.

**Plaintiff**

USA                                     represented by   **Barbara J Sievers**
                                                         US ATTORNEY'S OFFICE (SEA)
                                                         700 STEWART ST
                                                         STE 5220
                                                         SEATTLE , WA 98101-1271
                                                         206-553-7970
                                                         Fax: 206-553-0755
                                                         Email: Barbara.Sievers@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2009 | 1 | CHARGING DOCUMENT RECEIVED FROM DISTRICT OF OREGON as to Robert Lawrence Kuch include Supervised Release Petition & Warrant under CR95-174-01-HA and Indictment & Warrant under CR09-398-01-MO. (TW) (Entered: 10/20/2009) |
| 10/19/2009 |   | Arrest of Robert Lawrence Kuch on 10/19/2009 on warrant from District of Oregon (TW) (Entered: 10/20/2009) |
| 10/19/2009 | 2 | (Court only) **NON-PUBLIC** Financial Affidavit by Robert Lawrence Kuch signed by Judge Karen L Strombom. (TW) (Entered: 10/20/2009) |
| 10/19/2009 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Miriam Schwartz for Robert Lawrence Kuch. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Signed by Judge Karen L Strombom. *(No.pdf image attached)* (TW) (Entered: 10/20/2009) |
| 10/19/2009 | 4 | Minute Entry for proceedings held before Judge Karen L Strombom- CRD: *Traci Whiteley*; AUSA: *Barb Sievers*; Def Cnsl: *Miriam Schwartz*; PTS: *Sarah Cavendish*; Time of Hearing: *2:30*; Courtroom: *F*; Session #: *TAC091019*; **INITIAL APPEARANCE & DETENTION HEARING IN RULE 5(c)(3) PROCEEDINGS** as to Robert Lawrence Kuch held on 10/19/2009. Defendant advised of rights and charges in Indictment (CR09-398) & violations in Supervised Release Petition (CR95-174). Defendant executed Waiver of Rule 5 Hearings and Court signed Order of Transfer. Defendant ordered DETAINED pending transport to District of Oregon. Defendant remanded to custody. (TW) (Entered: 10/20/2009) |
| 10/19/2009 | 5 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to |

| | | |
|---|---|---|
| | | District of Oregon as to Robert Lawrence Kuch by Judge Karen L Strombom. (cc: PTS, USMO) (TW) (Entered: 10/20/2009) |
| 10/26/2009 | 6 | Letter from WD/WA to District of Oregon at Portland requesting acknowledgment of receipt of Rule 5 documents as to defendant Robert Lawrence Kuch. (KAM) (Entered: 10/26/2009) |